Anthony Paul Griffin, Esq., A. Griffin Lawyers, Galveston, TX, for Defendant–Appellant/Cross–Appellee.

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

**Mikki KALINA; Estella Strawn; Rebecca Sirmans, Plaintiffs–Appellees/Cross–Appellants**

v.

**James A. BLACKSTOCK, Being Sued Individually and in His Official Capacity, Defendant–Appellant/Cross–Appellee.**

No. 11–41240.

United States Court of Appeals, Fifth Circuit.

Feb. 27, 2013.

Martin A. Shellist, Attorney, Shellist Lazarz Slobin, L.L.P., Houston, TX, Michael

**Brenda MITCHELL, Plaintiff–Appellant**

v.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.